AO 91 (Rev 8/01) Criminal Complaint

United States District Court
Southern District of Texas
FILED

MAR - 1 2018

David J. Bradley, Clerk

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Ediriel Jose-Sanchez

AKA: Jose Sanchez-Ediriel

IAE YOB: 1984
Mexico

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

Case Number: M-18-0443-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __February 27, 2018__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Pharr, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Ediriel Jose-Sanchez was encountered by Border Patrol Agents near Pharr, Texas on February 27, 2018. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on January 9, 2016, near Rio Grande City, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on July 20, 2017 through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On February 27, 2018, the Defendant, on a sworn statement, freely admitted to money laundering for an alien smuggling organization.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Approved Joseph Leonard
Sworn to before me and subscribed in my presence,

March 1, 2018

Peter E. Ormsby , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Complainant
Mickel Gonzalez    Senior Patrol Agent

Signature of Judicial Officer